1  Paul Hilf
2  267 Los Palmos Way
   San Jose, California 1849
3  (408) 226-0581



## United States District Court - Article III
### Northern District of California
280 SOUTH FIRST ST.  SAN JOSE, CALIFORNIA

| | |
|---|---|
| Paul Hilf,<br><br>*Claimant, Prosecutor*<br><br>v.<br><br>Mathew Grasmuck,<br>Arthur Trujillo<br><br>*Wrongdoers* | Case no.: **CV15 – 03833 PSG**<br><br>Magistrate Judge Paul S. Grewal<br><br>**Notice of Motion and**<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Pursuant to FRCP Rule 12(c)<br><br>PLEADINGS SUFFICIENTLY STATE A CAUSE OF ACTION AND ALLEGE WRONGDOING. PLEADINGS ALLEGE DAMAGES AND PRAY FOR RELIEF.<br><br>PLEADINGS HAVE NOT BEEN DENIED. EFFECT OF FAILURE TO DENY IS TO TO ADMIT TO ALL FACTS ALLEGED.<br>- See: FRCP 8(b)(6) -<br><br>THUS ALL MATERIAL ALLEGATIONS ARE TAKEN AS ADMITTED.<br><br>NO DISPUTE NOW EXISTS BEFORE THE COURT. THEREFORE JUDGMENT FOR CLAIMANT ON THE PLEADINGS IS LAWFUL AND PROPER. |

**COMES NOW** Complainant Paul Hilf, and moves this Court to grant judgment on the pleadings in this matter pursuant to FRCP Rule 12(c) on the following factual and lawful basis:

1. A proper claim and complaint was filed in this Court on August 21, 2015.
2. This Court's jurisdiction was properly invoked.
3. The complaint, case no. CV15 – 03833 PSG, properly stated a cause of action.
4. The complaint properly alleged wrongdoing and stated a claim for damages.
5. All parties were properly notified and served.
6. The time for answering has expired for all parties served.
7. The accused wrongdoers have failed to deny the material facts and allegations.
8. Under Federal Rules of Civil Procedure, Rule 8(b)(6) - failure to deny, failure to respond in a way that properly answers the claims, or respond at all, is to admit.
9. Since all claims, facts, and material allegations can be taken as admitted according to the Federal Rules of Civil Procedure, then no dispute or controversy exists.
10. Therefore judgment in favor of Claimant in the amount requested is lawful.

**CLAIMANT** Paul Hilf now moves the Court to grant judgment in the amount prayed for in the complaint and against the two Wrongdoers for the total of **$165,000**, to be divided as followed; **$ 97,500** against Matthew Grasmuck, and **$ 67,500** against Arthur Trujillo. Claimant prays it be so ordered, together with such other and further relief as the Court may deem reasonable and just under the circumstances.

Respectfully submitted,

Date _Nov. 6, 2015_     x _____
                           Paul Hilf    Claimant

<><><><><><><><><>  **CERTIFICATE OF SERVICE**  <><><><><><><><><>

I, _Paul Hilf_, the undersigned, hereby declare that I served a true and correct copy of this document, titled:

_MOTION FOR JUDGMENT ON THE PLEADINGS_

In person, or by prepaid postage via first class U.S. Mail, to all parties addressed as follows and listed below:

1) Matthew Grasmuck
   c/o CHP San Jose Area
   2020 Junction Ave.
   San Jose, California [ 95131 ]

2) Arthur Trujillo
   c/o San Jose Towing
   395 Umbarger Road
   San Jose, Cailfornia [ 95111 ]

3) Clerk – U.S. District Court
   280 South First Street
   San Jose, California [ 95113 ]

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _Nov. 6, 2015_    Signed: _Paul Hilf_