```
1  Paul Hilf
2  267 Los Palmos Way
   San Jose, California 1849
3  (408) 226-0581
4
```




# United States District Court - Article III
## Northern District of California
### 280 SOUTH FIRST ST. SAN JOSE, CALIFORNIA

| | |
|---|---|
| Paul Hilf, ) | Case no.: **CV15 – 03833 PSG** |
| ) | |
| *Claimant, Prosecutor* ) | **JUDICIAL NOTICE** |
| ) | |
| v. ) | **Notice of Motion and** |
| ) | |
| Mathew Grasmuck, ) | **MOTION TO CLAIM AND EXERCISE CONSTITUTIONAL RIGHTS and to REQUIRE THE PRESIDING JUDGE TO RULE ON THIS MOTION that ALL PUBLIC OFFICERS OF THIS COURT, ARE TO UPHOLD THESE RIGHTS** |
| Arthur Trujillo | |
| *Wrongdoers* | |

**COMES NOW** Claimant Paul Hilf, and moves this Court, pursuant to oaths sworn by the presiding judge and the attending public officers:

1. To provide due process of law, pursuant to the First, Fourth, Fifth, Sixth, Seventh, Ninth, and Fourteenth Amendments of the Constitution of the United States of America, and pursuant to Article I, Sections 3(b)(4), 7, 15, and 19 of the California Constitution, as required by the aforementioned oaths taken by the presiding judge and attending court officers, in this matter;

2. To provide equal protection under the law, as required by the National and state Constitutions and pursuant to the referenced oaths;

3. To acknowledge and so rule that American Citizens, in the instant case, Paul Hilf, are Sovereign in this Nation, and that government, and this Court, serve the American People pursuant to: (A) the Constitution, specifically, the Bill of Rights; (B) powers authorized only by the Constitution or laws in full compliance therewith, specifically, the Bill of Rights; (C) **limited powers** delegated from the Constitution, which are <u>*derived from the People*</u>; (D) oaths taken to uphold the Constitution.

4. To respect, protect and uphold the Rights of Paul Hilf, an American Citizen, one of the People, in this matter, whose Rights are guaranteed in the National and state Constitutions, pursuant to referenced oaths;

5. To acknowledge and uphold the Constitution of the United States of America as the Supreme Law of this Court, in this matter, pursuant to the mandate, in Article I, Section 24, and 26 of the California Constitution, that the National Constitution is the Supreme Law of California;

6. To acknowledge and act in accordance with a United States Federal Court ruling, to wit: "The claim and exercise of a Constitutional Right cannot be converted into a crime." *Miller v. U.S. 230 F, 2d 286, 489;*

7. To acknowledge and so rule that this Court, and no other court or judge in California, can issue a court order against an American Citizen, if that court and judge: (a) does not provide due process of law; (b) does not provide equal protection under the law; (c) does not respect and uphold the Constitutional Rights of American Citizens, and in the instant case, the Rights of Paul Hilf, pursuant to the guarantees in the Constitution of the United States of America and the Republic of California ;

8. To acknowledge that this Court, and no other court or judge in California, can act so as to deny the powers of the National and state Constitutions, and that lack of Constitutional authority or compliance precludes any action and voids any ruling by this Court.

9. To honor, uphold and abide by the oaths taken by the presiding judge and attending court officers, pursuant to the Constitution of the United States of America, and the Constitution of the Republic of California.

**Wherefore** Claimant Paul Hilf respectfully moves this court to grant this Motion for the aforesaid reasons.

Respectfully submitted,

Date  Nov. 6, 2015

x _____

Paul Hilf
267 Los Palmos Way
San Jose, California
paulhilf@yahoo.com

<><><><><><><><>   **CERTIFICATE OF SERVICE**   <><><><><><><><><>

I, _Paul Hilf_, the undersigned, hereby declare that I served a true and correct copy of this document, titled:

_Judicial Notice - Motion to Claim and Exercise Constit. Rights_

In person, or by prepaid postage via first class U.S. Mail, to all parties addressed as follows and listed below:

1) Matthew Grasmuck
   c/o CHP San Jose Area
   2020 Junction Ave.
   San Jose, California [ 95131 ]

2) Arthur Trujillo
   c/o San Jose Towing
   395 Umbarger Road
   San Jose, California [ 95111 ]

3) Clerk – U.S. District Court
   280 South First Street
   San Jose, California [ 95113 ]

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _Nov. 6, 2015_       Signed: _Paul Hilf_