1  KAMALA D. HARRIS
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  State Bar No. 161013
    1515 Clay Street, 20th Floor
4   P.O. Box 70550
    Oakland, CA  94612-0550
5   Telephone:  (510) 622-2127
    Fax:  (510) 622-2270
6   E-mail:  Jeffrey.Vincent@doj.ca.gov
   *Attorneys for Defendant Matthew Grasmuck*

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PAUL HILF, | CV15-03833 PSG |
| 12                                 Plaintiff, | **DEFENDANT GRASMUCK'S OPPOSITION TO MOTION FOR** |
| 13           v. | **JUDGMENT ON THE PLEADINGS** |
| 14  MATTHEW GRASMUCK and ARTHUR TRUJILLO, | Date:        Not set<br>Time:        Not set |
| 15                               Defendants. | Courtroom:  5, San José<br>Judge:        The Honorable Paul S. Grewal |
| 16 | Trial Date:  Not set<br>Action Filed:  August 21, 2015 |

17

18                          **INTRODUCTION**

19       On November 6, 2015, Plaintiff Hilf filed his motion for judgment on the pleadings and the

20  court "docketed" the motion with a response date of November 20, 2015.  Plaintiff asserts in his

21  motion that he is entitled to judgment because an answer was not filed by defendants.  As to

22  defendant Grasmuck, plaintiff's assertion and motion is without any merit.  Defendant Grasmuck

23  timely filed a response to plaintiff's complaint by filing a motion to dismiss the complaint on

24  October 21, 2015.  Plaintiff Hilf has not filed any opposition to Defendant Grasmuck's motion to

25  dismiss.

26                            **ARGUMENT**

27       Federal Rules of Civil Procedure Rule 12(a)(4) gives a party fourteen days to file an answer

28  after the court denies a motion to dismiss. Fed.R.Civ.P. 12(a)(4).  Recently the District Court of

                                      1

1    Nevada noted that the majority of courts in this Circuit interpret Rule 12(a)(4) to suspend the time

2    to answer claims and counterclaims that are not subject to a motion to dismiss. *Gamble v. Boyd*

3    *Gaming Corp.*, 2014 WL 1331034, at *3 (D. Nev. Apr. 1, 2014). The *Gamble* court held that, "a

4    timely filed motion to dismiss, which addresses only some of the claims, tolls the time to respond

5    to the remaining claims under Rule 12(a)(4)." *Id.* at 4. The rationale behind this reasoning is that

6    it conserves the resources of the court by avoiding multiple responses to the same pleading. *Id*.

7         Defendant's motion to dismiss addressed all claims in Plaintiff's complaint.  Accordingly,

8    Rule 12(a)(4) expressly provides that no answer is required until 14 days after the court denies the

9    pending motion to dismiss or 14 days after service of an amended pleading (unless another

10   motion to dismiss is filed).  Rule 15(a)(3).  Even if the motion to dismiss did not address all

11   claims in Plaintiff's complaint, Rule 12(a) has been interpreted to toll the time for filing an

12   answer.  There is no basis in law for Plaintiff's motion for judgment and the motion should be

13   denied.

14                                                    **CONCLUSION**

15        For the reasons stated above, the court should deny Plaintiff's motion for judgment on the

16   pleadings.

17   Dated:  November 13, 2015                          Respectfully submitted,

18                                                       KAMALA D. HARRIS
                                                         Attorney General of California
19

20   /s/ *Jeff R. Vincent*

21                                                       JEFF R. VINCENT
                                                         Supervising Deputy Attorney General
22                                                       *Attorneys for Defendant*

23   OK2015900681
     HILF Def Opp to Mtn for Judgment.doc
24

25

26

27

28

                                                          2

     Defendant Grasmuck's Opposition to Motion for Judgment on the Pleadings (CV15-03833 PSG)