1  Paul Hilf
2  267 Los Palmos Way
   San Jose, California
3  (408) 226-0581
4  paulhilf@yahoo.com

FILED

NOV 24 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT-ARTICLE III
## Northern District of California
### 280 South First Street, San Jose, California

| | |
|---|---|
| Paul Hilf, | Case no.: **CV15 – 03833 PSG** |
| | **Magistrate Judge Paul S. Grewal** |
| *Claimant, Prosecutor* | **JUDICIAL NOTICE** |
| | Notice of Motion and |
| v. | **MOTION TO DEMAND THIS COURT READ ALL PLEADINGS FILED WITH THIS COURT, AND ADHERE IN ITS' RULINGS TO CONSTITUTIONALLY COMPLIANT LAW AND CASE LAW, AND MORE PARTICULARLY TO THE BILL OF RIGHTS.** |
| Mathew Grasmuck, Arthur Trujillo | |
| *Wrongdoers* | |

**COMES NOW** Claimant Paul Hilf, and moves this Honorable Court, pursuant to the oath of office taken by the presiding judge and all public officers, and their duties to the National Constitution, in any and all proceedings before this Court, concerning the case captioned above:

1. **To** honor, uphold and abide by the oaths of office so taken, pursuant to the Constitution of the United States of America, Article VI, Clause 2 and 3, and the requirements thereof;

2. **To** read, consider, comprehend and rule upon all motions and pleadings Hilf files with this Court, with court rulings based only in and supported by laws, statutes, and case law in *agreement with*, and **not** in opposition or contradiction to, the National Constitution, and specifically, the Bill of Rights;

3. **To** base and support all rulings, pursuant to those oaths, in law or case law which is Constitutionally compliant, and which does **not**; (A) deny any of the Rights guaranteed in the National Constitution; (B) deny any Constitutional Right to an American Citizen, in the instant case, Paul Hilf, or; (C) violate any federal and/or state laws or code which is in harmony with the Constitution.

4. **To** base and support all rulings, and so rule, pursuant to oath, in such a manner that will NOT shield, exonerate, or hold Wrongdoers harmless and immune from violating the federal or State Constitution, or federal or state laws, thereby violating Paul Hilf's Constitutional Rights, and his Rights of due process of law.

*Wherefore,* since the Constitution is the Supreme Law of this Land, to which this Court and presiding judge are sworn, Claimant Hilf respectfully moves this Honorable Court to grant this motion, based in and supported by the federal Constitution, for the aforesaid reasons.

Date: Nov. 19th, 2015

Respectfully submitted,

x _____
Paul Hilf    Claimant

<><><><><><><><>   **CERTIFICATE OF SERVICE**   <><><><><><><><>

I, _Paul Hill_, the undersigned, hereby declare that I served a true and correct copy of this document, titled:

_Judicial Notice_
_Motion to Demand this Court Read All Pleadings Filed with this Court and Adhere in Its' Rulings to Constitutionally Compliant Law and Case Law..._

In person, or by prepaid postage via first class U.S. Mail, to all parties addressed as follows and listed below:

1) Matthew Grasmuck
   c/o CHP San Jose Area
   2020 Junction Ave.
   San Jose, California [ 95131 ]

2) Arthur Trujillo
   c/o San Jose Towing
   395 Umbarger Road
   San Jose, Cailfornia [ 95111 ]

3) Clerk – U.S. District Court
   280 South First Street
   San Jose, California [ 95113 ]

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _Nov. 19, 2015_          Signed: _Paul Hill_