UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL HILF,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW GRASMUCK et al.,<br><br>        Defendants. | Case No. 5:15-cv-03833-PSG<br><br>**ORDER GRANTING MOTION TO CONTINUE**<br><br>**(Re: Docket No. 38)** |

Defendant Matthew Grasmuck moves to continue the case management conference currently scheduled for January 5, 2016 at 10:00 a.m., in light of his pending motion to dismiss.[1] Grasmuck's motion is GRANTED as follows:

1. The parties' joint case management statement shall be filed by January 26, 2016.
2. The case management conference is continued to February 2, 2016, at 10:00 a.m.

**SO ORDERED.**

Dated: December 30, 2015

                                          _____
                                          PAUL S. GREWAL
                                          United States Magistrate Judge

---

[1] *See* Docket No. 38 at 1.

1

Case No. 5:15-cv-03833-PSG
ORDER GRANTING MOTION TO CONTINUE