UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HILF,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW GRASMUCK, et al.,<br><br>    Defendants. | Case No. 5:15-cv-03833-PSG<br><br>**JUDGMENT** |

The court has granted Defendant Matthew Grasmuck's motion to dismiss.[1] Because further amendment would be futile, leave to amend is denied.[2] The court also has dismissed Defendant Arthur Trujillo's counterclaims.[3] The Clerk shall close the file.

**SO ORDERED.**

Dated: January 11, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 44.

[2] *See id.* at 5; *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).

[3] *See* Docket No. 45.

Case No. 5:15-cv-03833-PSG
JUDGMENT

1